DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DANIEL NICHOLAS JENKINS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-1263

[October 21, 2021]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Jeffrey Walton Hendriks, Judge; L.T. Case Nos. 562020CT000663A, 562020MM000805A, and 562020MM000741A.

Carey Haughwout, Public Defender, and Ian Seldin, Assistant Public Defender, West Palm Beach, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., GROSS and KUNTZ, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***